# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**HENRY RAMBERT**                                                        **PLAINTIFF**

**v.**                          **CASE NO. 5:19-CV-00158-BSM**

**FOOD GIANT SUPERMARKETS,** *et al.*                         **DEFENDANTS**

## ORDER

Food Giant's motion to dismiss [Doc. No. 31] this suit with prejudice is granted. *See* Doc. No. 34; Fed. R. Civ. P. 41(b). Food Giant's motions for summary judgment [Doc. Nos. 21, 25] are denied as moot.

IT IS SO ORDERED, this 25th day of February, 2021.

                                                                                 _____
                                                                    UNITED STATES DISTRICT JUDGE