IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HENRY RAMBERT**                                                                                    **PLAINTIFF**

**v.**                                  **CASE NO. 5:19-CV-00158-BSM**

**FOOD GIANT SUPERMARKETS,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 25th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE